# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CODY ROBERT JUDY,

    Plaintiff,

v.

JOHN MCCAIN, *et al.*,

    Defendants.

Case No. 2:08-CV-01162-KJD-RJJ

**ORDER**

    Presently before the case is Plaintiff's Motion to Reopen Case (#8). Plaintiff first asserts that the Court Clerk incorrectly recorded his address on his receipt for the filing fee. This assertion is correct. However, all court mail was sent to the correct address provided by Plaintiff in his complaint, P.O. Box 2342, not P.O. Box 2742 as incorrectly recorded on his receipt. Therefore, Plaintiff has not shown good cause for his failure to update his address with the Clerk of the Court as required by Local Special Rule 2-2. Therefore, the Court denies Plaintiff's motion to reopen the case. Furthermore, even if Plaintiff had grounds for reconsideration, the Court would deny the motion, because the issues raised by his complaint are moot.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Reopen Case (#8) is **DENIED**;

////

1 | IT IS FURTHER ORDERED that all other outstanding motions are **DENIED.**

2 | DATED this 7th day of January 2009.

_____
Kent J. Dawson
United States District Judge